UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:12-0681 |
| | ) Judge Haynes |
| MUSIC CITY HOMES, LLC, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

This matter has been referred to the undersigned Magistrate Judge to schedule and conduct a judicial settlement conference. A telephone conference is set on **Friday, January 25, 2013, at 11:30 a.m.** to discuss a suitable date for the settlement conference. Counsel for plaintiff shall initiate the conference call.

It is so **ORDERED**.

_____
JOHN S. BRYANT
U.S. Magistrate Judge